IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| MI-JACK PRODUCTS, INC., et al.,<br><br>       Plaintiffs,<br><br>vs.<br><br>ATLANTIC CONTAINER LINES, AB,<br><br>       Defendant and Third-<br>       Party Plaintiff,<br><br>vs.<br><br>PANTAINER, LTD, et al.,<br><br>       Third-Party Defendants. | Civ. No. <u>05-2114-Ma/P</u> |

## SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was set for May 19, 2005. Prior to the conference, Hunter C. Quick and F. Guthrie Castle, counsel for plaintiffs; William C. Bateman, Jr., counsel for defendants and third-party plaintiff Atlantic Container Lines, AB; and Harold W. McLeary, Jr. and Kenneth O. Cooper, counsel for third-party defendant Canadian National Railroad. At the conference, the following dates were established:

**INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1):**
June 24, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-19-05

**JOINING PARTIES**: August 19, 2005

**AMENDING PLEADINGS**: August 29, 2005

**INITIAL MOTIONS TO DISMISS**: September 19, 2005

**COMPLETING ALL DISCOVERY**: March 28, 2006

    (a) **DOCUMENT PRODUCTION**: March 28, 2006

    (b) **DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS**: March 28, 2006

    (c) **EXPERT WITNESS DISCLOSURE (Rule 26)**:

        (1) **DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION**: December 19, 2005

        (2) **DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION**: January 19, 2006

        (3) **EXPERT WITNESS DEPOSITIONS**: March 28, 2006

**FILING DISPOSITIVE MOTIONS**: May 1, 2006

**OTHER RELEVANT MATTERS**:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for a jury trial. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge. It is anticipated that the trial will last approximately 3-4 days.

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

____5/18/05____
Date



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CV-02114 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

Allan B. Thorp
THORP FONES & FRULLA, PLC
5668 S. Rex Rd.
Second Floor
Memphis, TN 38119

William C. Bateman
BATEMAN GIBSON & CHILDERS
65 Union Ave.
Ste. 1010
Memphis, TN 38103

John W. Reis
COZEN O'CONNOR
One Wachovia Center, Suite 2100
301 South College Street
Charlotte, NC 28202

F. Guthrie Castle
CASTLE & ASSOCIATES
6555 Quince Rd.
Ste. 109
Memphis, TN 38119

Hunter C. Quick
COZEN & O'CONNOR
One First Union Center
Ste. 2100
Charlotte, NC 28202

Kenneth O. Cooper
McLEARY DOMICO & KYLE, PLLC
100 Peabody Place
Ste. 1250
Memphis, TN 38103

Harold W. McLeary
McLEARY DOMICO & KYLE, PLLC
100 Peabody Place
Ste. 1250
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT