IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 17 AM 8:03

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

|  |  |
|---|---|
| MI-JACK PRODUCTS, INC., et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Civ. No. 05-2114-Ma/P ) |
| ATLANTIC CONTAINER LINES, U.S.A., LLC., | ) ) ) |
| Defendant, and Third Party- Plaintiff | ) ) ) |
| vs. | ) ) |
| PANTAINER, LTD, et al., | ) ) |
| Third-Party Defendants. | ) ) ) |

---

## ORDER DENYING WITHOUT PREJUDICE DEFENDANT PANTAINER'S MOTION TO AMEND ANSWER TO THIRD-PARTY COMPLAINT

---

Before the Court is third-party defendant Pantainer's Motion to Amend Answer to Third-Party Complaint, filed August 12, 2005 (Dkt #15). A review of the record reveals that Pantainer did not file a certificate of consultation with its motion. Local Rule 7.2 requires that

> "[a]ll motions . . . shall be accompanied by a certificate of counsel . . . affirming that, after consultation between the parties to the controversy, they are unable to reach an

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  8-18-05

17

>accord as to all issues or that all other parties are in agreement with the action requested by the motion." Local Rule 7.2(a)(1)(B). Failure to file a Rule 7.2 certificate "may be deemed good grounds for denying the motion." *Id.*

Therefore, Pantainer's motion is DENIED, without prejudice. Pantainer may renew its motion by refiling it with a certificate of consultation in compliance with Local Rule 7.2.

IT IS SO ORDERED.

                                  /s/ Tu M. Pham
                                  TU M. PHAM
                                  United States Magistrate Judge

Date: August 16, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:05-CV-02114 was distributed by fax, mail, or direct printing on August 18, 2005 to the parties listed.

---

F. Guthrie Castle
CASTLE & ASSOCIATES
6555 Quince Rd.
Ste. 109
Memphis, TN 38119

Harold W. McLeary
McLEARY DOMICO & KYLE, PLLC
100 Peabody Place
Ste. 1250
Memphis, TN 38103

Allan B. Thorp
THORP FONES & FRULLA, PLC
5668 S. Rex Rd.
Second Floor
Memphis, TN 38119

John W. Reis
COZEN O'CONNOR
One Wachovia Center, Suite 2100
301 South College Street
Charlotte, NC 28202

William C. Bateman
BATEMAN GIBSON & CHILDERS
65 Union Ave.
Ste. 1010
Memphis, TN 38103

Hunter C. Quick
COZEN & O'CONNOR
One First Union Center
Ste. 2100
Charlotte, NC 28202

Kenneth O. Cooper
McLEARY DOMICO & KYLE, PLLC
100 Peabody Place
Ste. 1250
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT