IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

MI-JACK PRODUCTS, INC.,
MJMC, INC., and ITS TECHNOLOGIES
AND LOGISTICS, L.L.C.,

    Plaintiffs,

v.                                               Docket No. 05-2114-MAP

ATLANTIC CONTAINER LINES,
U.S.A., L.L.C.,

    Defendant, and Third-Party Plaintiff,

v.

PANTAINER, LTD, and CANADIAN
NATIONAL RAILROAD,

    Third-Party Defendants.

## ORDER GRANTING SECOND MOTION OF PANTAINER, LTD. TO AMEND ANSWER TO THIRD-PARTY COMPLAINT

Upon Motion of Pantainer, Ltd. To amend its Answer to the Third-Party Complaint; upon the entire record in this Cause; and upon good cause shown, it appears to the Court that the Motion should be granted.

IT IS, THEREFORE ORDERED, ADJUDGED AND DECREED that Pantainer, Ltd. be and is hereby allowed to file an Amended Answer to the Third-Party Complaint, in accordance with the Amended Answer attached to Pantainer's Motion.

_____
JUDGE

Date: October 17, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-20-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:05-CV-02114 was distributed by fax, mail, or direct printing on October 20, 2005 to the parties listed.

---

Allan B. Thorp
THORP FONES & FRULLA, PLC
5668 S. Rex Rd.
Second Floor
Memphis, TN 38119

Harold W. McLeary
McLEARY DOMICO & KYLE, PLLC
100 Peabody Place
Ste. 1250
Memphis, TN 38103

William C. Bateman
BATEMAN GIBSON & CHILDERS
65 Union Ave.
Ste. 1010
Memphis, TN 38103

John W. Reis
COZEN O'CONNOR
One Wachovia Center, Suite 2100
301 South College Street
Charlotte, NC 28202

Hunter C. Quick
COZEN & O'CONNOR
One First Union Center
Ste. 2100
Charlotte, NC 28202

Kenneth O. Cooper
McLEARY DOMICO & KYLE, PLLC
100 Peabody Place
Ste. 1250
Memphis, TN 38103

F. Guthrie Castle
CASTLE & ASSOCIATES
6555 Quince Rd.
Ste. 109
Memphis, TN 38119

Honorable Samuel Mays
US DISTRICT COURT