IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

| | |
|---|---|
| MI-JACK PRODUCTS, INC.; MJMC, INC.; and ITS TECHNOLOGIES AND LOGISTICS, LLC, ) ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) | CIVIL ACTION NO.: 05-2114-MAP |
| ) ) | (JURY TRIAL DEMANDED) |
| ATLANTIC CONTAINER LINES, AB, ) | JUDGE SAMUEL MAYS |
| ) | MAGISTRATE JUDGE TU M. PHAM |
| Defendant, and Third-party Plaintiff ) ) | |
| vs. ) ) | |
| PANTAINER, LTD. and CANADIAN NATIONAL RAILROAD, ) ) ) | |
| Third-party Defendants. ) | |

## AGREED ORDER

As evidenced by the signatures of respective counsel in the above-styled case, the parties have agreed to amend the Scheduling Order entered by the Court in this case on May 19, 2005 to extend the dates for the expert witness disclosures and depostions. As such, it is agreed that the disclosure of plaintiffs' Rule 26 expert information shall be provided by January 19, 2006; and the disclosure of the defendants' Rule 26 expert information shall be provided by February 20, 2006. The deadline for completion of the expert witness depositions shall be extended to April 15, 2006. The other dates in the Scheduling order shall remain the same.

IT IS SO ORDERED.



ment entered on the docket sheet in compliance
with Rule ?? and/or ?? FRCP on 12-12-05

ENTERED this __8__ day of __December__, 2005.

TU M. PHAM
United States Magistrate Judge

AGREED TO:

COZEN O'CONNOR

By: _____
Hunter C. Quick, Esquire (#10584)
John W. Reis, Esquire
One Wachovia Center, Suite 2100
301 South College Street
Charlotte, North Carolina 28202
Telephone: (704) 376-3400
Fax: (704) 334-3351

CASTLE & ASSOCIATES, PLC

By: _____
F. Guthrie Castle, Jr., Esquire (#9457)
319 Time Warner Building
6555 Quince Road
Memphis, Tennessee 38119
Telephone: (901) 756-6100
Fax: (901) 755-4159

ATTORNEYS FOR PLAINTIFFS MI-JACK PRODUCTS,
INC., MJMC, INC. and ITS TECHNOLOGIES AND
LOGISTICS, L.L.C.

2

BATEMAN GIBSON, L.L.C.

By: *[signature]* */[signature]*
William C. Bateman, Jr., Esquire (#9655)
Scott B. Peatross, Esquire (#18170)
65 Union Avenue
Suite 1010
Memphis, Tennessee 38103
Telephone: (901) 526-0412
Fax: (901) 525-8466

ATTORNEYS FOR DEFENDANT AND THIRD-PARTY
PLAINTIFF ATLANTIC CONTAINER LINES, AB

THORP FONES & FRULLA, P.C.

By: *[signature]* */[signature]*
Allan B. Thorp, Esquire
5668 South Rex Road
2nd Floor
Memphis, TN 38119
Telephone: (901) 763-0460
Fax: (901) 684-6285

ATTORNEY FOR THIRD-PARTY DEFENDANT
PANTAINER, LTD.

McLEARY, DOMICO & KYLE, PLLC

By: *[signature]* */[signature]*
Harold W. McLeary, Jr., Esquire (#7500)
Kenneth O. Cooper, Esquire (#20029)
Peabody Tower, Suite 1250
100 Peabody Place
Memphis, Tennessee 38103
Telephone: (901) 312-5555
Fax: (901) 312-5667

ATTORNEYS FOR THIRD-PARTY DEFENDANT
CANADIAN NATIONAL RAILROAD

Charlotte\106546\1 148936.000

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:05-CV-02114 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

William C. Bateman
BATEMAN GIBSON & CHILDERS
65 Union Ave.
Ste. 1010
Memphis, TN 38103

Allan B. Thorp
THORP FONES & FRULLA, PLC
5668 S. Rex Rd.
Second Floor
Memphis, TN 38119

Harold W. McLeary
McLEARY DOMICO & KYLE, PLLC
100 Peabody Place
Ste. 1250
Memphis, TN 38103

John W. Reis
COZEN O'CONNOR
One Wachovia Center, Suite 2100
301 South College Street
Charlotte, NC 28202

Kenneth O. Cooper
McLEARY DOMICO & KYLE, PLLC
100 Peabody Place
Ste. 1250
Memphis, TN 38103

Hunter C. Quick
COZEN & O'CONNOR
One First Union Center
Ste. 2100
Charlotte, NC 28202

F. Guthrie Castle
CASTLE & ASSOCIATES
6555 Quince Rd.
Ste. 109
Memphis, TN 38119

Honorable Samuel Mays
US DISTRICT COURT